UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN L. STONE, | ) | CASE NO. 4: 10 CV 276 |
| Petitioner, | ) ) ) | JUDGE DONALD C. NUGENT |
| v. | ) ) | |
| MAGGIE BEIGHTLER, Warden, | ) ) | JUDGMENT |
| Respondent. | ) | |

Pursuant to a Memorandum Opinion and Order of this Court, the Report and Recommendation of Magistrate Judge James R. Knepp II is ADOPTED in its entirety (ECF # 9), the Petition for Writ of Habeas Corpus is DENIED (ECF # 1), and Petitioner's objections are thereby DENIED (ECF # 10).

Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); FED. R. APP. P. 22(b).

IT IS SO ORDERED.

/s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED: February 10, 2011